1
2
3
4
5

6              UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF WASHINGTON
7                       AT SEATTLE

8  LES LARSEN,

9                  Plaintiff,           Case No. C14-1718-RAJ

10       v.                             **ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS**

11 RICK LOPEZ,

12                 Defendant.

13     Plaintiff's application to proceed in forma pauperis (Dkt. 1) is **GRANTED** under 28

14 U.S.C § 1915(a)(1).  The Court recommends the complaint be reviewed under 28 U.S.C. §

15 1915(e)(2)(B) before issuance of summons.

16     The Clerk shall provide a copy of this Order to plaintiff and to the Honorable Richard A.

17 Jones.

18
       DATED this 10th day of November, 2014.
19

20

21                                           _____
                                             BRIAN A. TSUCHIDA
22                                           United States Magistrate Judge

23

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 1